# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF SETTING                    Date:  December 16, 1999

| | |
|---|---|
| SAMUEL SILVA ROBAINA | |
| Plaintiff | |
| vs. | Civil 98-2086 (PG) |
| PUEBLO INTERNATIONAL, INC. et al | |
| Defendants | |

By Order of the Court a settlement conference in the above captioned case is hereby set for **Thursday, January 20, 2000,** at 8:30 A.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez.

                                                                                    Lida Isis Egelé
                                                                                    Courtroom Deputy

s/c:   Vicente Santori Margarida
         Juan Masini Soler