# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: April 4, 2000 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 98-2086 (PG) |

===================================================================

| | |
|---|---|
| SAMUEL SILVA ROBAINA | Attorneys: Vicente SANTORI MARGARIDA and |
| v. | Luis ORTEGA GARCIA |
| PUEBLO INTERNATIONAL | Juan MASINI |

===================================================================

PRETRIAL CONFERENCE held in chambers. Plaintiff's expert is Dr. Cándido Martínez, and defendant's expert is Dr. Rafael Seín. Plaintiff's attorneys will view a video in the possession of defendant's counsel which might help the parties in reaching a settlement agreement in this case.

**Jury trial is set for May 22, 2000, at 9:00 A.M.** This trial is estimated to last for two days.

*(signature)*
Lida Isis EGELE
Courtroom Deputy

s/c: All counsel of record and the Jury Clerk