UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

SAMUEL SILVA ROBAINA,  \*
    Plaintiff,  \*
      \*
    v.  \*  CIVIL NO. 98-2086(PG)
      \*
PUEBLO INTERNATIONAL, INC., ET AL.,  \*
    Defendant.  \*

### J U D G M E N T

The Court having granted the "Agreement Of Settlement And Request For Entry Of Judgment" signed by both parties on April 20, 2000 (Docket No. 20), it is hereby

**ORDERED and ADJUDGED** that said settlement be and is hereby binding between the parties. FURTHER, it is

**ORDERED and ADJUDGED** that said settlement be and is hereby made part of this judgment as though set forth <u>in extenso</u>. FURTHER, it is

**ORDERED and ADJUDGED** that judgment is hereby entered as set forth in the settlement.

**IT IS SO ORDERED.**

San Juan, Puerto Rico _May_ _3_, 2000.

                                        JUAN M. PEREZ-GIMENEZ
                                        U.S. District Judge

AO 72A
(Rev. 8/82)